**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

NICK MICHAEL VERGOS,          :

      Plaintiff,              :

vs.                        :      CA 18-0300-MU

NANCY A. BERRYHILL,        :
Acting Commissioner of Social Security,
                                :

      Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner

of Social Security denying Plaintiff benefits be reversed and remanded pursuant to

sentence four of 42 U.S.C. § 405(g), *see Melkonyan v. Sullivan*, 501 U.S. 89, 111 S.Ct.

2157, 115 L.Ed.2d 78 (1991), for further proceedings not inconsistent with this decision.

The remand pursuant to sentence four of § 405(g) makes the Plaintiff a prevailing party

for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, *Shalala v. Schaefer*,

509 U.S. 292, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993), and terminates this Court's

jurisdiction over this matter.

**DONE** this the 10th day of June, 2019.

                       s/P. Bradley Murray
                      **UNITED STATES MAGISTRATE JUDGE**