# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| NICK M. VERGOS, | : | |
| Plaintiff, | : | |
| vs. | : | CA 18-0300-MU |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff be awarded attorney's fees in the amount of $1,489.58 under the Equal Access to Justice Act, representing compensation for 7.5 hours of service by Ann Winslow Butts, Esquire, at the cost-of-living-adjusted rate of $198.61, and court costs of $400.00; the total EAJA award due and owing Plaintiff is $1,889.58.

**DONE** this the 23rd day of August, 2019.

                                        s/P. Bradley Murray
                                    **UNITED STATES MAGISTRATE JUDGE**